IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHRISTOPHER H. BROWN, M.D ) | |
| ) | Index No. 3:05CV203-MU |
| Plaintiff, ) | |
| ) | |
| -against- ) | **MOTION FOR ADMISSION** |
| ) | **PRO HAC VICE** |
| ) | |
| SLS INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PRO HAC VICE MOTION FOR ADMISSION OF DOUGLAS A. ALBRITTON AND JILL C. ANDERSON

Upon consideration of the Motion for the *pro hac vice* admission of Douglas A. Albritton, Esq. and Jill C. Anderson, Esq., and for good cause shown,

IT IS ORDERED that Douglas A. Albritton, Esq. and Jill C. Anderson, Esq. are permitted to appear *pro hac vice* as counsel for defendants SLS International, Inc. in the above-captioned case.

This the 12th day of July, 2005.

*[signature]*