RECEIVED
CHARLOTTE, N.C.
AUG 12 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### 3:05CV203-MU

CHRISTOPHER H. BROWN,

Plaintiff,

v.

SLS INTERNATIONAL, INC.

Defendant.

**ORDER ADMITTING RONALD S. HERZOG *PRO HAC VICE***

This matter was before the court on the Plaintiff's Motion for Admission *Pro Hac Vice* requesting that Ronald S. Herzog of the New York bar be admitted to practice before the court as attorney for the Plaintiff in this matter. It appears that the motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* is granted and that Ronald S. Herzog of the New York bar is admitted to practice before this court *pro hac vice* for purposes of representing the Plaintiff in connection with this civil action.

This the 12th day of August, 2005.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE