RECEIVED
CHARLOTTE, N.C.

SEP 23 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:05CV203-MU

| | |
|---|---|
| CHRISTOPHER H. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> SLS INTERNATIONAL, INC. <br><br> Defendant. | **ORDER EXTENDING TIME** |

**IT IS ORDERED** that for good cause shown the time in which the Plaintiff is required to file and serve his response to *Defendant SLS International, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint* is extended to and including October 10, 2005 and the deadline for filing and service of the Defendant's reply to the Plaintiff's response will be October 24, 2005.

This the 27th day of September, 2005.

_____