IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV203

| | | |
|---|---|---|
| CHRISTOPHER H. BROWN, B.S. DENT., DDS., PA., | ) ) ) | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SLS INTERNATIONAL | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court upon the motion of Defendant SLS International, Inc. to allow Kellye L. Fabian to appear *Pro Hac Vice*, filed March 3, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Fabian has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 7, 2006

Graham C. Mullen
United States District Judge