IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV203-MU

| | |
|---|---|
| CHRISTOPHER H. BROWN, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SLS INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon Defendant's Motion to Dismiss the Plaintiff's original Complaint, filed July 5, 2005 (Docket # 8). It appears to the court that this motion is now moot due to the court's Order of January 26, 2006 denying Defendant's Motion to Dismiss the Amended Complaint.

IT IS THEREFORE ORDERED that the Motion to Dismiss (Docket #8) is hereby DENIED AS MOOT.

Signed: March 14, 2006

Graham C. Mullen
United States District Judge