IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV203**

| | |
|---|---|
| CHRISTOPHER H. BROWN B.S. Dent., DDS, PA, | ) ) ) |
| Plaintiff, | ) **ORDER** ) |
| v. | ) ) |
| SLS INTERNATIONAL, INC., | ) ) |
| Defendant. | ) |

    This matter is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, October 19, 2006 at 2:00 p.m.**

    It is so ordered.

Signed: September 28, 2006

Graham C. Mullen
United States District Judge