IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV203**

| | |
|---|---|
| CHRISTOPHER H. BROWN, )<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>SLS INTERNATIONAL, INC.. )<br>　　　　　　　Defendant. )<br>_____) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on its own motion. The status conference previously set for October 19, 2006 [doc. 45] is hereby rescheduled for **Friday, October 20, 2006, at 10:00 a.m.** in chambers.

It is so ordered.

　　　　　　　　　　　　　　　　Signed: October 11, 2006

　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　United States District Judge