IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV203**

| | |
|---|---|
| CHRISTOPHER H. BROWN, B.S. Dent., ) | |
| ) | |
| Plaintiff, ) | **PRETRIAL ORDER** |
| v. ) | |
| ) | |
| SLS INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

A pre-trial conference was held on October 20, 2006. Parties have agreed to participate in mediation and have advised the Court that Charles Tompkins has been selected as mediator. All discovery will be completed by **December 30, 2006.** The deadline for reports from expert witnesses is set for **January 31, 2007.** All dispositive motions should be filed by **February 28, 2007.** The trial date is set for **July 9, 2007.**

It is so ordered.

Signed: October 20, 2006

Graham C. Mullen
United States District Judge