UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV203**

| | | |
|---|---|---|
| MD CHRISTOPHER H. BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SLS INTERNATIONAL, INC., | ) | |
| Defendant. | ) | |
| | ) | |

    **THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **August 6, 2007 term of court at 10:00 a.m.** in Charlotte.

    So ordered.

Signed: April 17, 2007

Graham C. Mullen
United States District Judge