IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv203

| | |
|---|---|
| CHRISTOPHER H. BROWN, Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| SLS INTERNATIONAL, INC. Defendant. | ) ) ) |

  **THIS MATTER** is before the Court on its own motion.  IT IS HEREBY ORDERED that this case be re-scheduled for trial on **September 10, 2007** at 10:00 a.m. in Charlotte.

  **IT IS SO ORDERED.**

Signed: June 25, 2007

Graham C. Mullen
United States District Judge