UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-203-GCM

| | |
|---|---|
| M.D. CHRISTOPHER H. BROWN,<br>                Plaintiff,<br>v.<br><br>SLS INTERNATIONAL, INC.,<br>                Defendant. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge